# EXHIBIT B



Loading...

### About this product

**Licenced Producer:** GRON

**Category:** Edible

**Flower Type:** Sativa

**Package Info:** 2 1 1 Tangelo Pearls Thc Cbc Cbg Gummies 100 Mg

**SubCategory:** GUMMY

#### Share

## You may also like

SHOP ALL

**GRON** — Pomegranate 4:1 (Cbd/Thc) 100 Mg

**GRON** — Tart Cherry Pearls 10:1 (Cbn/Thc) 100...

**GRON** — 2:1:1 Tangelo Pearls (Thc/Cbc/Cbg) 10...

**TH...** — Cappu... Infused...







For use by individuals registered qualifying patients or individuals 21 years of age or older only. Keep out of reach of children. It is illegal to drive a motor vehicle while under the influence of marihuana. National Poison Control Center 1-800-222-1222

WARNING: Use by pregnant or breastfeeding women, or by women planning to become pregnant, may result in fetal injury, preterm birth, low birth weight, or developmental problems for the child.

CX0-0000XXX-LIC    |    CX0-0000XXX-LIC    |    CX0-0000XXX-LIC    |    CX0-0000XXX-LIC

The Other Side Dispensary. Copyright © 2024. All rights reserved. Powered with love by Gapcommerce

# WAVE
web accessibility evaluation tool

powered by
**WebAIM**

Styles: OFF ⚪ ON

## Summary

Summary | Details | Reference | Order | Structure | Contrast

❌ **143** Errors

⦿ **288** Contrast Errors

⚠ **403** Alerts

✓ **254** Features

**254** Structural Elements

**398** ARIA

[ View details › ]

Welcome to our online store.
The following apply to the entire page:

*en*

YOU'VE FOUND YOUR TRIBE

SHOP ALL

*DEALS*  *VAPES*  *FLOWER*  *PRE-ROLL*

DEALS  VAPES  FLOWER  PRE-ROLL

Categories

Flower

SHOP ALL



