UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
PRIMITIVO ROBLES, :
*on behalf of himself and all others similarly* :
*situated*, :
: 24-CV-7729 (VSB)
Plaintiff, :
: **ORDER**
-against- :
:
THE OTHER SIDE DISPENSARY LLC, :
:
Defendant. :
:
------------------------------------------------------------ X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on October 11, 2024, (Doc. 1), and filed an affidavit of service on December 6, 2024, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was December 3, 2024. To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intend to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 3, 2025. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 16, 2024
             New York, New York

                                                      _____
                                                      VERNON S. BRODERICK
                                                      United States District Judge