UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PRIMITIVO ROBLES

                Plaintiff(s),

- against -

THE OTHER SIDE DISPENSARY LLC

                Defendant(s),
------------------------------------------------------------X

1:24 Civ. 7729 (VSB)

**CLERK'S CERTIFICATE OF DEFAULT**

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on October 11, 2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) November 12, 2024 by personally serving Sue Zouky, and proof of service was therefore filed on December 6, 2024, Doc. #(s) 5.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

      January 2, 2025

                                                    TAMMI M. HELLWIG
                                                       Clerk of Court

                                        By: _____
                                                   Deputy Clerk