UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
PRIMITIVO ROBLES,                                          :
*on behalf of himself and all others similarly*            :
*situated*,                                                :
:                      24-CV-7729 (VSB)
                                        Plaintiff,         :
:                         **ORDER**
            -against-                                      :
:
THE OTHER SIDE DISPENSARY LLC,                             :
:
                                        Defendant.         :
:
----------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

  Plaintiff filed this action on October 11, 2024, (Doc. 1), and filed an affidavit of service on December 6, 2024, (Doc. 5). Following my December 16, 2024 order regarding Defendant's then-overdue answer, (Doc. 6), on February 10, 2025 I granted the parties' joint motion to extend Defendant's deadline to answer to March 10, 2025, (Doc. 13).

  To date, Defendant has appeared, (Doc. 10), but has not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 4, 2025. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   March 24, 2025
     New York, New York

                    _____
                    VERNON S. BRODERICK
                    United States District Judge