# Joseph & Norinsberg LLC
## Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

**Arjeta Albani, Esq.**
arjeta@norinsberglaw.com

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.    04/07/2025

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    **Robles v. The Other Side Dispensary LLC**
                  **1:24-cv-7729 (VSB) (SLC)**

**Dear Judge Broderick,**

      We represent the Plaintiff, Primitivo Robles ("Plaintiff") in the above-referenced matter brought under the Americans with Disabilities Act ("ADA"). Together with counsel for the Defendant we submit this letter requesting an extension of both Defendant's time to Answer the Complaint and Plaintiff's time to move for default judgment should Defendant fail to Answer.

      Our office has spoken to both David Stein and David Nieporent, counsel for Defendant herein, who have advised that they intend to respond to the Complaint. However, they have not yet filed their Answer. As a courtesy, we have consented to an extension of their time to file an Answer until Monday, April 7, 2025. We have also advised Defense counsel that we would be requesting an extension of our time to file a motion for default judgment should Defendant fail to file its Answer by Monday, April 7, 2025.

      Based on the foregoing, we would respectfully request an <u>extension of Defendant's time to answer until April 7, 2025</u>, and an <u>extension of Plaintiff's time to file a default judgment until April 11, 2025</u>.

We thank the Court for its attention to this matter and for its consideration of these

                                                      Respectfully submitted,

Arjeta Albani, Esq.
*Attorney for Plaintiff*
110 East 59th Street, Suite 2300
New York, New York 10022
Tel. No.: Tel: (212) 791-5396
Fax No.: (212) 406-6890
Arjeta@employeejustice.com

c.c.
  David Stein, Esq.
  David M. Nieporent, Esq.