UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIMITIVO ROBLES, on behalf of himself and others similarly situated,

                Plaintiff,

-v-

THE OTHER SIDE DISPENSARY LLC,

                Defendant.

CIVIL ACTION NO. 24 Civ. 7729 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Per the Court's Order on April 15, 2029 (ECF No. 19), the parties were required to file their Proposed Case Management Plan by **Tuesday, May 13, 2025**. Since the parties have missed this deadline, as a one-time courtesy, the Court grants the parties a <u>sua sponte</u> extension to file their Proposed Case Management Plan by **Thursday, May 15, 2025**. As a reminder, a template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

    To the extent the parties disagree about any portion of the Proposed Case Management Plan, they may set forth their respective proposals for the disputed provision, <u>without argument</u>.

Dated:    New York, New York
            May 14, 2025

                                        SO ORDERED.

                                        */s/ Sarah L. Cave*
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**