UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

PRIMITIVO ROBLES, on behalf of himself and all others similarly situated,

          Plaintiff,

vs.

THE OTHER SIDE DISPENSARY LLC,

          Defendant.

——————————————————————— x

Case No.: 1:24-cv-07729

**STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice against defendant The Other Side Dispensary LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)(i).

DATED:  New York, New York
              May 15, 2025

_[signature]_                                           /s/ *David Stein*

| | |
|---|---|
| Arjeta Albani, Esq. | David Stein, Esq. |
| Joseph and Norinsberg, PLLC | Stein & Nieporent LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 110 E. 59th Street, Suite 2300 | 1441 Broadway, Suite 6090 |
| New York, NY 10022 | New York, NY 10018 |
| (212) 731-5396 | (212) 308-3444 |
| arjeta@norinsberglaw.com | dstein@steinllp.com |