UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

PRIMITIVO ROBLES, on behalf of
himself and all others similarly situated,      :      Case No.: 1:24-cv-07729

               Plaintiff,      :

vs.      :

                              :      **STIPULATION OF VOLUNTARY**
                              :       **DISMISSAL**

THE OTHER SIDE DISPENSARY LLC,      :

               Defendant.      :

                              :

                              :

———————————————————————— x

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel that the above-captioned action is voluntarily dismissed, with prejudice against

defendant **The Other Side Dispensary LLC** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)(i).

DATED:  New York, New York
           May 15, 2025

 

                                            /s/ *David Stein*

———————————————————       ———————————————————

Arjeta Albani, Esq.          David Stein, Esq.
Joseph and Norinsberg, PLLC          Stein & Nieporent LLP
*Attorneys for Plaintiff*          *Attorneys for Defendant*
110 E. 59th Street, Suite 2300          1441 Broadway, Suite 6090
New York, NY 10022          New York, NY 10018
(212) 731-5396          (212) 308-3444
arjeta@norinsberglaw.com          dstein@steinllp.com